Anthony P. Condotti, City Attorney, SBN 149886
acondotti@abc-law.com
Catherine Bronson, Deputy City Attorney, SBN 267527
cbronson@abc-law.com
Stephanie M. Duck, Deputy City Attorney, SBN 324429
sduck@abc-law.com
ATCHISON, BARISONE & CONDOTTI
A Professional Corporation
PO Box 481
Santa Cruz, CA 95061
Telephone:   (831) 423-8383
Facsimile:   (831) 576-2269
Attorneys for Defendants
CITY OF SANTA CRUZ, MARTIN BERNAL, TONY ELLIOT, and ANDREW MILLS

Anthony D. Prince (SBN #202892)
General Counsel, California Homeless Union/Statewide Organizing Council
Law Offices of Anthony D. Prince
2425 Prince Street, Ste. 100
Berkeley, CA 94705
Tel: 510-301-1472
princelawoffices@yahoo.com
Attorneys for Plaintiffs, SANTA CRUZ HOMELESS UNION,
SANTA CRUZ FOOD NOT BOMBS, ALICIA AVALOS,
HANNAH HEGEL, CHRIS INGERSOLL and RANDOLPH TOLLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTA CRUZ HOMELESS UNION, on behalf of itself and those it represents; SANTA CRUZ FOOD NOT BOMBS; ALICIA AVALOS, HANNAH HEGEL, CHRIS INGERSOLL and RANDOLPH TOLLEY, on behalf of themselves and similarly situated homeless persons,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA CRUZ; MARTIN BERNAL, individually and in his official | Case No. 5:20-cv-09425-SVK<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**<br><br>Honorable Magistrate Judge Susan van Keulen |

capacity as City Manager for the City of Santa Cruz; TONY ELLIOT, individually and in his capacity as Director of Parks & Recreation for the City of Santa Cruz; ANDREW MILLS, individually and in his capacity as Chief of Police for the City of Santa Cruz,

Defendants.

Plaintiffs SANTA CRUZ HOMELESS UNION, SANTA CRUZ FOOD NOT BOMBS, ALICIA AVALOS, HANNAH HEGEL, CHRIS INGERSOLL and RANDOLPH TOLLEY, (collectively, "Plaintiffs"), and Defendants CITY OF SANTA CRUZ, MARTIN BERNAL, TONY ELLIOT and ANDREW MILLS (collectively, "Defendants"), hereinafter collectively referred to as "the Parties," by and through their respective counsel, hereby agree and stipulate under Federal Rules of Civil Procedure 41(a)(1)(ii) that this action be dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

IT IS SO STIPULATED.

Dated: July 23, 2021

ATCHISON, BARISONE & CONDOTTI, APC

By: _____
CATHERINE BRONSON
Attorneys for Defendants CITY OF SANTA CRUZ, et al.

Dated: July 23, 2021

Law Offices of Anthony D. Prince

By: _____
ANTHONY D. PRINCE
Attorneys for Plaintiffs SANTA CRUZ HOMELESS UNION, et al.

## ~~[PROPOSED]~~ ORDER OF DISMISSAL

Pursuant to stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: July 26, 2021

By: *Susan van Keulen* (signature)
Honorable Magistrate Susan van Keulen